UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROSE WESTMORE,

    Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF CALIFORNIA,

    Defendant.

Case No. 13-cv-01744-JCS

**ORDER TO SHOW CAUSE**

The parties in this case were ordered to appear for a settlement conference before Magistrate Judge Jacqueline S. Corley on February 11, 2014 at 9:30 a.m. *See* Dkt. No. 39. Plaintiff failed to appear. Plaintiff also failed to comply with Judge Corley's order regarding procedures for absent parties. *See id.* ¶ 3.

IT IS HEREBY ORDERED that Plaintiff appear on February 14, 2014, at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Francisco, California, and show cause why this case should not be dismissed for failure to prosecute and failure to appear at the settlement conference. Any memorandum in support or opposition shall be filed by February 12, 2014.

**IT IS SO ORDERED**.

Dated: February 11, 2014

                                                                JOSEPH C. SPERO
United States Magistrate Judge